41609. MUNDAY v. BRISSETTE et al.

FELTON, Chief Judge. The Supreme Court in *Brissette v. Munday,* 222 Ga. 162 (149 SE2d 110) has reversed in part the judgment of this court. In compliance with the mandate of the Supreme Court the judgment of this court in this case is amended by striking from this court's judgment the words "and in not granting a new trial as to both defendants" and by adding thereto the words "the court did not err in denying a new trial as to the co-defendant, John L. Brissette."

850

*Judgment amended to conform to the Supreme Court's mandate
in the above cited case. Jordan and Deen, JJ., concur.*

DECIDED JUNE 21, 1966.

*Lokey & Bowden, Hamilton Lokey, Glenn Frick,* for appellant.
*Bryan, Carter, Ansley & Smith, M. D. McLendon, N. Forrest
Montet,* for appellees.